IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL NO. 5:00CR41-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| OSCAR LEE TAYLOR, | ) | |
|       Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion For Temporary Release Sentence Inter[r]uption 18 U.S.C. § 3622(a)(4)(5)," filed May 5, 2008. (Document #182)

Defendant requests that the Court grant him a furlough "to reestablish family ties and for a job search interview." (Mot. at 1.) In his motion, Defendant represents that he was allotted a two-day furlough by the Bureau of Prisons. However, the materials attached in support are not current. In fact, the only documentation that could possibly be related to a furlough is dated September 7, 2007. In any event, Defendant needs to make his furlough request to the Warden of the federal facility in which he is incarcerated. *See* Legal Resource Guide To The Federal Bureau Of Prisons (2008) (*citing* 28 C.F.R. §570.32(a)). If Defendant's request is denied by the Warden, the appropriate mechanism for appeal of such a decision is via the Administrative Remedy Program within the Bureau of Prisons. Id.

**IT IS, THEREFORE, ORDERED**, that Defendant's motion is hereby **DENIED**.

Signed: May 16, 2008

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge

1